UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE:                                        CASE NO. 15-40138-RLE13
                                              CHAPTER 13
ANNIE GRACE WEAVER

                                              JUDGE ROGER L. EFREMSKY

        DEBTOR                                **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Trustee Martha G.
Bronitsky files this Notice of Final Cure Payment. The amount required to cure the default in the claim
listed below has been paid in full.

**Name of Creditor:** OCWEN LOAN SERVICING LLC

---

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 8-2 | 3641 | $3,173.13 | $3,173.13 | $3,173.13 |
| Total Amount Paid by Trustee | | | | $3,173.13 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a
Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the
Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor
has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is
otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends
remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the
holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 2nd day of February, 2018.

ANNIE GRACE WEAVER, 5009 RANCH HOLLOW WAY, ANTIOCH, CA 94531

ELECTRONIC SERVICE - LINCOLN LAW, 1525 CONTRA COSTA BLVD, PLEASANT HILL, CA 94523

OCWEN LOAN SERVICING, PO BOX 24605, WEST PALM BEACH, FL 33416-4605

ELECTRONIC SERVICE - ROBERTSON ANSCHUTZ & SCHNEID PL, 6409 CONGRESS AVE #100, BOCA RATON, FL 33487

ELECTRONIC SERVICE - United States Trustee

Date: February 02, 2018

/s/ Trustee Martha G. Bronitsky

Trustee Martha G. Bronitsky
Chapter 13 Trustee
PO Box 5004
Hayward, CA 94540